3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARTEMIO HERNANDEZ MARTINEZ § <br> AS NEXT FRIEND OF RAUL § <br> MARTINEZ MOLINA, A MINOR § <br> § <br> v. § <br> § <br> UNION PACIFIC RAILROAD § <br> COMPANY AND BROWNSVILLE & § <br> MATAMOROS BRIDGE CO. § | Civil Action No. __B-01-151__ |

**PLAINTIFF'S LIST OF FINANCIALLY INTERESTED PARTIES**

In accordance with #2 of this honorable Court's order, the following entities are financially interested in the above-styled and numbered cause:

1. Union Pacific Railroad Company;

2. Brownsville & Matamoros Bridge Company;

3. Missouri Pacific Railroad Company; and

4. National Railways of Mexico.

Date: 09/20/01

Respectfully submitted,

LAW OFFICES OF FRANK COSTILLA, P.L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 541-4982
Facsimile:    (956) 544-3152

_____
Frank Costilla
State Bar No. 04856500
Federal ID No. 1509

**ATTORNEY FOR PLAINTIFF**