

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, § § § § | |
| VS. § | CIVIL ACTION NO. B-01-151 |
| UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., § § § § | |

### DEFENDANTS' CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW UNION PACIFIC RAILROAD COMPANY, and BROWNSVILLE & MATAMOROS BRIDGE COMPANY, Defendants herein, and files this Certificate of Financially Interested Persons and states that, at this time, Defendants are unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than Plaintiffs Artemio Hernandez Martinez and Raul Martinez Molina, and Defendants Union Pacific Railroad Company and Brownsville & Matamoros Bridge Company.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez
Attorney-in-Charge
Federal Admissions No. 10107
State Bar No. 17146600
R. Patrick Rodriguez
Federal Admissions No. 22949
State Bar No. 24002861
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY
AND BROWNSVILLE & MATAMOROS
BRIDGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

Frank Costilla
The Law Offices of Frank Costilla,
Five East Elizabeth Street
Post Office Drawer 4417
Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 5th day of October, 2001.

_____
Joseph A. "Tony" Rodriguez