7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Artemio Hernandez Martinez, § | |
| as Next Friend of Raul § | |
| Martinez Molina, a Minor § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-01-151 |
| Union Pacific Railroad Co., and § | |
| Brownsville & Matamoros Bridge, Co., § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED, that on January 9, 2002 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management up to trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

The Parties are also advised that the initial pretrial conference is hereby cancelled until further notice by the Magistrate Judge.

DONE at Brownsville, Texas, this 9th day of January 2002.

Hilda G. Tagle
United States District Judge