UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ARTEMIO HERNANDEZ MARTINEZ,   *
ET AL

vs                                          *   CIVIL ACTION NO. B-01-151

UNION PACIFIC RAILROAD CO., ET AL   *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### INITIAL PRETRIAL CONFERENCE

Wednesday, January 23, 2002, @ 2:00 P.M.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

BY ORDER OF THE COURT

January 14, 2002

cc:   Counsel of Record