9

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

JAN 14 2002

Michael N. Milby
Clerk of Court

Date:     Jan 14, 2002, 2:00 pm
-----------------------------------------------------------------
                    C. A. NO. B01-151 (HGT)
-----------------------------------------------------------------
ARTEMIO HERNANDEZ MARTINEZ                *     Frank Costilla
As Next Friend of RAUL MARTINEZ MOLINA,
A Minor

        VS                                *

UNION PACIFIC RAILROAD COMPANY            *     R. Patrick Rodriguez
And BROWNSVILLE & MATAMOROS BRIDGE CO.    *                "

-----------------------------------------------------------------

                    INITIAL PRETRIAL CONFERENCE


Attorneys Costilla and Rodriguez appeared.

636(c) consent submitted.

The parties agreed to the docket dates. A scheduling order will be filed. The parties informed the Court that mediation is possible. Motions hearing will be set prior to trial. The plaintiffs will provide a court-approved interpreter for trial.