10

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JAN 16 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

ARTEMIO HERNANDEZ MARTINEZ, §
as Next Friend of RAUL MARTINEZ MOLINA, §
A Minor §

VS § CIVIL ACTION NO. B-01-151
(636(c))

UNION PACIFIC RAILROAD CO., ET AL §

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.                    ☐ Bench   ☑ Jury

2. New parties must be joined by:                                          NA
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:   August 12, 2002

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.          September 12, 2002

5. Discovery must be completed by:                                         October 1, 2002
   *Counsel may agree to continue discovery beyond the deadline, but there will be
   no intervention by the Court. No continuances will be granted because of
   information acquired in post-deadline discovery.*

********************  The court will provide these dates.  *************************

6. Dispositive Motions will be filed by:                                   October 12, 2002

7. Joint pretrial order is due:                                            October 31, 2002
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio
   is set for 9:00 a.m. on:                                                October 31, 2002
   *The case will remain on standby until tried.*

9. The jury trial selection set before Judge Recio at 9:00 a.m. on:       November 1, 2002

10. Jury trial set before Judge Recio at 9:00 a.m. on:                    November 12, 2002

    Signed JAN. 14, 2002, at Brownsville, Texas.

                                                    Felix Recio
                                            United States Magistrate Judge