11

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, *<br>as Next Friend of RAUL MARTINEZ MOLINA, *<br>a Minor *<br>*<br>VS *<br>*<br>UNION PACIFIC RAILROAD CO., and *<br>BROWNSVILLE & MATAMOROS BRIDGE CO.* | United States District Court<br>Southern District of Texas<br>ENTERED<br><br>JAN 1 6 2002<br><br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

C. A. NO. B-01-151

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _[signature]_<br>Frank Costilla | Raul Martinez Molina<br>A minor child<br>Artemio Hernandez Martinez,<br>Next Friend | 1/14/02 |
| _[signature]_<br>R. Patrick Rodriguez | Union Pacific Railroad Company and<br>Brownsville & Matamoros Bridge Co. | 1/14/02 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

1/15/02
Date

_[signature]_
United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.