THE LAW OFFICES OF

## FRANK COSTILLA, L.P.
_____

**Frank Costilla**
E-Mail: frank@costillalaw.com

**Alejandro J. Garcia**
E-Mail: hondo@costillalaw.com

5 EAST ELIZABETH STREET
BROWNSVILLE, TX 78520

Telephone: (956) 541-4982
Facsimile: (956) 544-3152
Web: www.costillalaw.com

United States District Court
Southern District of Texas
FILED

AUG 1 2 2002

Michael N. Milby
Clerk of Court

August 12, 2002

Mr. Michael N. Milby
United States District Clerk
600 East Harrison, 1st Floor
Brownsville, Texas 78520

Re:   C.A. No. B-01-151; *Artemio Hernandez Martinez as Next Friend of Raul Molina Martinez, a Minor vs. Union Pacific Railroad Company and Brownsville & Matamoros Bridge Co.*

Dear Mr. Milby:

In connection with the above-styled and numbered cause, I enclose for filing an original and one copy of a Rule 6 Agreement dated August 8, 2002.

I am this day forwarding a copy of same to opposing counsel.

Thank you for your prompt attention to this matter.

Sincerely,

**LAW OFFICES OF FRANK COSTILLA, L.P.**

Frank Costilla

FC/rmg

Enclosures

xc:   Mr. Joseph A. "Tony" Rodriguez

THE LAW OFFICES OF

# FRANK COSTILLA, L.P.

**Frank Costilla**
E-Mail: frank@costillalaw.com

**Alejandro J. Garcia**
E-Mail: hondo@costillalaw.com

5 EAST ELIZABETH STREET
BROWNSVILLE, TX 78520

Telephone: (956) 541-4982
Facsimile: (956) 544-3152
Web: www.costillalaw.com

August 8, 2002

Mr. Joseph A. "Tony" Rodriguez                    *Via Facsimile (956) 541-2170*
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522

Re:   C.A. No. B-01-151; *Artemio Hernandez Martinez as Next Friend of Raul Molina Martinez, a Minor vs. Union Pacific Railroad Company and Brownsville & Matamoros Bridge Co.*
      **RULE 6 AGREEMENT**

Dear Mr. Rodriguez:

Thank you for granting us an additional thirty (30) days extension for our clients to designate their experts and produce expert's reports. Accordingly, Plaintiffs' designation which was due on August 12, 2002 is now due on September 11, 2002. If this correctly reflects our agreement, please sign below and return to me by fax.

We appreciate your cooperation in this matter.

Sincerely,

LAW OFFICES OF FRANK COSTILLA, L.P.

Alejandro J. Garcia

AJG/rmg

AGREED TO:

_____           Date: 8/9/02
Joseph A. "Tony" Rodriguez
Counsel for Defendants