IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, § § § § | |
| VS. § § | CIVIL ACTION NO. B-01-151 |
| UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., § § § § | |

**PLAINTIFFS' AND DEFENDANTS'
JOINT MOTION TO APPOINT GUARDIAN AD LITEM**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ARTEMIO HERNANDEZ MARTINEZ As Next Friend of RAUL MARTINEZ MOLINA, A Minor ("Plaintiffs") and UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO. ("Defendants"), jointly, and make and file this Joint Motion to Appoint Guardian Ad Litem, and for such would show the Court as follows:

**I.**

Plaintiffs filed this personal injury lawsuit in 2001 arising out of an accident that occurred in Cameron County on approximately August 10, 2000. Defendant timely filed its Answer herein, alleging numerous defenses. Plaintiffs and Defendant have been able to come to an agreement to settle this matter in a way that recognizes the various risks of each side to the case. Because some part of the claims herein were brought by Artemio Hernandez Martinez on behalf of Raul Martinez Molina, a minor, the settlement must be approved by the Court. All parties request that this be done with as little expense to the settlement as possible. The parties request that the Court appoint a Guardian Ad Litem to represent the interests of Raul Martinez Molina, and that after such appointment, that

the Court set a hearing in order to determine if it will approve the settlement of these parties and the allocation of settlement monies to Raul Martinez Molina in this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant respectfully request that the Court grant their Joint Motion to Appoint Guardian Ad Litem, and grant to them such other and further relief, at law or in equity, as they may be justly entitled to receive.

Respectfully submitted,

LAW OFFICES OF FRANK COSTILLA, P.L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

By: _____
Frank Costilla
State Bar No. 04856500
Federal ID No. 1509

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
JOSEPH A. (TONY) RODRIGUEZ
State Bar No. 17146600
Federal I.D. No. 10107
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument by was served upon all interested parties on this the 16th day of August, 2002.

_____
JOSEPH A. (TONY) RODRIGUEZ