```
CASE:      1:01-cv-00151
DOCUMENT:  14
DATE:      09/19/02

CLERK:     og
```

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, | § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-151 |
| UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., | § § § § | (636(c)) |

## ORDER GRANTING PLAINTIFFS' AND DEFENDANTS' JOINT MOTION TO APPOINT GUARDIAN AD LITEM

On this day came on to be heard the above-styled and numbered cause of action filed by Artemio Hernandez Martinez As Next Friend of Raul Martinez Molina, A Minor (hereinafter collectively referred to as "Plaintiffs"), against Defendants Union Pacific Railroad Company and Brownsville & Matamoros Bridge Co. Plaintiffs and Defendants were represented by their attorneys of record and announced to the Court that all matters in controversy between the Plaintiffs and Defendants have been compromised and settled by agreement. Said agreement was to the effect that Union Pacific Railroad Company and Brownsville & Matamoros Bridge Co. would pay an amount to all Plaintiffs as stated in a Full Release, Settlement & Indemnity Agreement to be signed by and on behalf of all Plaintiffs, and that Plaintiffs would release all claims arising out of the occurrence at issue against Defendants and its assigns, all costs of court associated with the cause of action to be paid by Defendants.

AND IT APPEARING TO THE COURT that the appointment of a Guardian Ad Litem is appropriate, the Court has heretofore appointed **Arturo C. Nelson** a duly qualified attorney, as Guardian Ad Litem to represent the interest of Raul Martinez Molina, ~~and has reviewed the testimony of the parties and of the Guardian Ad Litem herein, and based upon the entire record before the Court, the Court finds that the payment to said ad litem of $_____ is appropriate and necessary and in the best interest of Raul Martinez Molina.~~ Ad Litem Fees to be determined at a later date - SR

IT IS THEREFORE ORDERED that the Motion to Appoint Guardian Ad Litem, is GRANTED;

IT IS FURTHER ORDERED that <u>Arturo Nelson</u>, a duly qualified attorney, is appointed as Guardian Ad Litem to represent the interest of Raul Martinez Molina;

SIGNED this <u>18th</u> day of <u>September</u>, 2002.

_____
UNITED STATES MAGISTRATE JUDGE