# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, ET AL | * * * |
| VS | * CIVIL ACTION NO. B-01-151 |
| UNION PACIFIC RAILROAD CO., ET AL | * (636(c)) * |

## ORDER CANCELING COURT SETTINGS

Since the parties have settled the above-captioned cause of action, all court settings are hereby CANCELLED. A settlement hearing will be set.

DONE at Brownsville, Texas, on 24th day of October 2002.

_____
Felix Recio
United States Magistrate Judge