COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JAN 1 0 2003

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:         L. M. Villarreal
ERO:           Rita Nieto
Interpreter:   Karen Pena
Law Clerk:     Ryan A Byrd
CSO:           Richard Harrelson

Date:          Jan 10, 2002, 9:20 a.m. to 9:58 a.m.

---

C. A. NO. B-01-151 (636(c))

---

| | |
|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, as * | Frank Costilla, |
| Next Friend of RAUL MARTINEZ   * | Alejandro Garcia, |
|                                  | & Arturo C Nelson, |
|                                  | Attorney Ad Litem |
|            Vs.                 * | |
| UNION PACIFIC RAILROAD COMPANY * | Patrick Rodriguez |
| & BROWNSVILLE & MATAMOROS BRIDGE * | |
| CO. | |

---

SETTLEMENT HEARING

Plaintiff ARTEMIO HERNANDEZ MARTINEZ appeared with attorneys Costilla and Garcia. Attorney Rodriguez appeared for defendants.

Attorney Garcia gave a brief synopsis of the case.

Plaintiffs' witness ARTEMIO HERNANDEZ MARTINEZ sworn and testified.

Case settled for $100,000. An agreed judgment has been procedurally approved by the Clerk.

Attorney Ad Litem will be paid $5000.00 by the defendants.

A final judgment will be submitted for the Court's signature.