17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-151 |
| UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., | § § § § | (636(c)) |

## FINAL JUDGMENT

**BE IT REMEMBERED** that on the 10th day of January 2003, came on for hearing the above-styled and numbered cause, wherein ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor born on June 2, 1987, are the Plaintiffs and UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO. are the Defendants.

**WHEREUPON** the Plaintiffs, and Defendants came in person and by and through their attorneys of record; and the Court having proceeded to hear such cause when the parties made known to the Court that, subject to the approval of the Court, a compromise and settlement has been reached in this cause as to any and all issues, claims, demands, or causes of action existing between the Plaintiffs, ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor and Defendants, UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., including the injuries and damages received as a result of the claim made the basis of this suit, upon the terms that Defendants, UNION PACIFIC

RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., shall pay the following:

>The total sum of one-hundred thousand dollars ($100,000.00) to ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, a Minor, and their attorney Frank Costilla in the amount of sixty-six thousand one hundred ninety-eight dollars and forty-two cents ($66,198.42) for the benefit of RAUL MARTINEZ MOLINA, A Minor, payable as hereinafter set forth and the balance of thirty-three thousand eight hundred one dollars and fifty-eight cents ($33,801.58) to Frank Costilla, his attorney, for attorney's fees and reasonable expenses in the representation of the Minor.

The Court has heretofore appointed ARTURO NELSON, a licensed practicing attorney in Cameron County, Texas, as Attorney Ad Litem to represent the interests of the minor Plaintiff, and the said Attorney Ad Litem of said Minor Plaintiff having been apprized of all matters of fact concerning the controversy and agreement and settlement thereof, and the agreement having been made known to the Court, whereupon, after having the pleadings read in this case, the Court thereupon called for evidence touching upon such compromise settlement and agreement; and it was announced that said compromise settlement was being made on a doubtful and disputed claim, the said Defendants having denied any liability, as well as the full nature and extent of all damages sustained by the minor Plaintiff, and the Attorney Ad Litem appointed herein, informing the Court that such agreement of settlement is in the best interest of the Minor; and the Court considering that the terms of the settlement agreement are in all respects reasonable, the Court does hereby approve the same and enter its Judgment based on such evidence. It is also noted by the Court that no individual adult is making a claim in this lawsuit. It is therefore,

**ORDERED, ADJUDGED AND DECREED** by the Court that the minor Plaintiff, RAUL MARTINEZ MOLINA have and recover of and from Defendants, UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO.

**IT IS, THEREFORE, FURTHER ORDERED** that ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, have and recover from UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO. the sum of one-hundred thousand dollars ($100,000.00), and from such sums shall be paid all attorneys fees and expenses owing to the Law Offices of Frank Costilla, attorney for Plaintiff.

**IT IS FURTHER ORDERED** that Frank Costilla is awarded a one-third attorney's fees of thirty- three thousand three hundred dollars ($33,300.00) and reasonable expenses incurred by him in the amount of five hundred one dollars and fifty-eight cents ($501.58) for a total of thirty-three thousand eight hundred one dollars and fifty-eight cents ($33,801.58) which the court finds to be reasonable and necessary in the prosecution of the case on the Plaintiffs behalf.

**IT IS FURTHER ORDERED** that the balance of sixty-six thousand one hundred ninety-eight dollars and forty-two cents ($66,198.42) is to be paid to the United States District Clerk for the Southern District of Texas for the use and benefit of RAUL MARTINEZ MOLINA, A Minor, and upon request and application of the Next Friend, ARTEMIO HERNANDEZ MARTINEZ, with approval and recommendation of the Guardian Ad Litem, A. C. Nelson, said funds pending in the registry of the Court shall be held in trust by the United States District Clerk deposits in a financial institution doing business in Texas and insured by the Federal Deposit Insurance Corporation (FDIC) and paid out as follows:

> Seven thousand dollars ($7,000.00) payable to ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, for the use and benefit of said Minor within fifteen days (15) of the deposit of said sums under the registry of the Court. The balance of the monies shall be paid out at the rate of two thousand dollars ($2,000.00) to ARTEMIO HERNANDEZ MARTINEZ for the use and benefit of RAUL MARTINEZ MOLINA on every second Monday of every January and on every second Monday of every August starting on the second Monday of August, 2003 and continuing thereafter for the education and support of said Minor, until RAUL MARTINEZ MOLINA, the Minor, attain

the age of twenty-five years of age (25) on or after June 2, 2012 at which time the balance of the funds shall be paid forthwith to RAUL MARTINEZ MOLINA.

These funds deposited in trust for the benefit of RAUL MARTINEZ MOLINA, A Minor, shall have precedence over any existing law or statute concerning minors or their property. This shall continue in full force and fact until terminated or revoked by the Court, not withstanding the appointment of a guardian of the estate for such minor or the minor attaining the age of majority.

This shall not be subject to revocation by the beneficiary or guardian of the beneficiary's estate, but remain subject to amendment, modification or revocation by the Court at any time prior to termination. The Court may authorize such further Orders concerning any undistributed corpus as may be authorized by law. If this Order is revoked by the Court after the beneficiary has attained the age of eighteen (18), the corpus of the trust fund and any undistributed income after payment of all proper necessary expenses must be delivered to the beneficiary, RAUL MARTINEZ MOLINA, A Minor. This Trust of funds will terminate on the death of the beneficiary or when the beneficiary attains twenty-five years of age (25). On termination, the then existing principal and undistributed income must be paid to the beneficiary or to the personal representative of the estate of the deceased beneficiary.

The United States District Clerk for the Southern District of Texas shall serve as trustee without the necessity of Bond.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiffs, ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, take nothing by their lawsuit against Defendants UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO.

**IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** by the Court that this Judgment be fully and finally satisfied and discharged and no execution will ever issue thereon.

Any relief not herein granted against Defendants, UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., and is hereby specifically DENIED.

The Court, having appointed ARTURO NELSON as Attorney Ad Litem for the Minor Plaintiff herein, finds that the total sum of Five Thousand dollars and No/100ths ($5,000.00) Dollars shall be paid to him as a reasonable fee for his representation of the Minor Plaintiff, said fee to be taxed as Court Costs and paid by Defendants UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO. Additionally, court costs in the amount of five thousand dollars and no/100ths ($5,000.00) are taxed against the Defendants UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO.

**SIGNED** this the 10th day of January, 2002.

_____
JUDGE PRESIDING

UNION PACIFIC RAILROAD COMPANY
& BROWNSVILLE & MATAMOROS
BRIDGE CO.

By: _____
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
Attorney for Defendant

_____  _____
FRANK COSTILLA, Attorney for Plaintiff    A. C. NELSON, Ad Litem