IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, | § § § § |
| VS. | § § CIVIL ACTION NO. |
| UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., | § B-01-151 § § § |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, in the above-entitled and numbered cause, appearing by and through his counsel of record, and files this their Motion to Dismiss Plaintiffs' causes of action against Defendants, UNION PACIFIC RAILROAD COMPANY AND BROWNSVILLE & MATAMOROS BRIDGE CO., with prejudice, for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, request that the Court enter an Order dismissing all claims against UNION PACIFIC RAILROAD COMPANY AND BROWNSVILLE & MATAMOROS BRIDGE CO., with prejudice, with costs of court to be borne by each Party incurring such costs.

Respectfully submitted,

_____
Mr. Frank Costilla
Federal I.D. No. __1509__
SBT No. 04856500
LAW OFFICES OF FRANK COSTILLA
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
FAX (956) 544-3152

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion to Dismiss with Prejudice was sent via facsimile, CM/RRR on the __14th__ day of ~~January~~ February, 2003.

Joseph A. "Tony" Rodriguez
Eduardo R. Rodriguez
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
P.O. Box 2155
Brownsville, Texas 78522-2155

_____
FRANK COSTILLA