IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor, | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-151 |
| UNION PACIFIC RAILROAD COMPANY and BROWNSVILLE & MATAMOROS BRIDGE CO., | § § § § | (636(c)) |

## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this 20th day of ___February___, 2003, came to be heard Plaintiffs, ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor's Motion to Dismiss With Prejudice and the Court being fully advised and after due consideration hereby grants such motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiffs, ARTEMIO HERNANDEZ MARTINEZ, As Next Friend of RAUL MARTINEZ MOLINA, A Minor against Defendants, UNION PACIFIC RAILROAD COMPANY AND BROWNSVILLE & MATAMOROS BRIDGE CO., be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED this the __20th__ day of ___February___, 2003.

_____
JUDGE PRESIDING

Copies to:
Frank Costilla
Joseph A. "Tony" Rodriguez