

United States District Court
Southern District of Texas
FILED

AUG 1 5 2003

Michael N. Milby
Clerk of Court

August 14, 2003

Re:   C.A. No. B-01-151; *Artemio Hernandez Martinez as Next Friend of Raul Molina Martinez, a Minor vs. Union Pacific Railroad Company and Brownsville & Matamoros Bridge Co.*

To Whom It May Concern:

I, Artemio Hernandez, a citizen of The Republic of Mexico, appeared before the court in the above action as next friend for Raul Molina Martinez, a minor, also a Mexican citizen, in a claim against Union Pacific Railroad Company and Brownsville & Matamoros Bridge Co. for injuries sustained by said minor and in which a settlement was obtained and approved by the court.

Pursuant to the terms of the settlement, funds were deposited in the Registry of the Court to be sent to the minor periodically.

The Deputy Clerk of the Brownsville Division of the United States District Court for the Southern District of Texas has asked that I provide an address in the United States to which these checks should be mailed.

Pursuant to this request, I designate the following address where all future checks to the minor should be sent:

>   Law Offices of Frank Costilla, L.P.
>   5 East Elizabeth Street
>   Brownsville, Texas 78520

_____
**Artemio Hernandez Martinez**

STATE OF TEXAS            §
                          §
COUNTY OF CAMERON         §

     Before me, a notary public, on this day personally appeared Artemio Hernandez Martinez, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

_Artemio Hdez Mtz_
**Artemio Hernandez Martinez**

Given under my hand and seal of office this 15 day of August, 2003.



_Laura O Hinojosa_
Notary Public, State of Texas

My Commission Expires: 8·19·06

